No. 333. STRATHMORE SHIPPING CO., INC., *v.* COASTAL OIL CO. C. A. 2d Cir. Certiorari denied. *John R. Sheneman* for petitioner. *Eugene Underwood* and *Hervey C. Allen* for respondent.

No. 335. SOLAR CORPORATION, NOW GAMBLE-SKOGMO, INC., *v.* BORG-WARNER CORPORATION. C. A. 7th Cir. Certiorari denied. *Andrew E. Carlsen* and *Edward C. Grelle* for petitioner. *Casper W. Ooms* for respondent.

No. 338. U. S. CHEMICAL CORP. ET AL. *v.* PLASTIC GLASS CORP. C. A. 3d Cir. Certiorari denied. *W. Brown Morton* for petitioners.

No. 341. DI PALERMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George J. Todaro* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 349. LENNON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 351. PARKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Loring B. Moore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.